In the Matter of the Claim of MARION B. STORY, Respondent, v. CONTINENTAL BAKING Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

608

Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.